UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Anthony James Lee,

    Plaintiff,

v.

City of Minneapolis, Officer
Matthew Kipke, Officer Kevin
Lazarchic, Officer David Hansen,
Officer Gary Westlund, Officer Daniel
Willis, and Sergeant Daniel
Pommerenke, all in their individual
and official capacities,

    Defendants.

**ORDER**
Civil No. 11-1763

_____

    Zorislav R. Leyderman, The Law Office of Zorislav R. Leyderman, Counsel for Plaintiff.

    Sara J. Lathrop and Andrea K. Naef, Assistant Minneapolis City Attorneys, Counsel for Defendants.

_____

    This matter is scheduled for trial commencing June 3, 2013. Before the Court are a number of motions in limine. Based on the record, files and proceedings herein:

    IT IS HEREBY ORDERED:

    **A.**     **Defendants' Motions in Limine [Doc. No. 41] is GRANTED in part and DENIED in part as follows:**

        1) Motion to Exclude Evidence that Criminal Charges Against the Plaintiff were Dismissed is DENIED;
        2) Motion to Exclude Evidence Regarding Policies or Procedures of the City of Minneapolis/Minneapolis Police Department is GRANTED; and
        3) Motion to Bifurcate Liability/ Compensatory Damages From Punitive Damages is GRANTED.

B. Plaintiff's Motion to Exclude Evidence of his Prior Convictions [Doc. No. 57] is GRANTED in part and DENIED in part as follows: Evidence as to Plaintiff's Prior Convictions for Fifth Degree Controlled Substance Crime and for False Information to Police are admissible for impeachment purposes. The Court will exclude evidence of the Prior Conviction of First Degree Damage to Property.

C. Plaintiff's Motion to Exclude Evidence Concerning Plaintiff's Mental Health, Status and History [Doc. No. 59] is DENIED;

D. Plaintiff's Motion to Exclude Certain Evidence Concerning Plaintiff's Physical Condition [Doc. No. 61] is DENIED;

F. Plaintiff's Motion to Exclude Civilian Review Authority ("CRA") Written Summary of Investigation and Panel Recommendation [Doc. No. 63] is GRANTED; and

G. Plaintiff's Motion to Exclude Evidence of Plaintiff's Prior Criminal Activities [Doc. No. 65] is DISMISSED AS MOOT.

Date: May 30, 2013

        s/ Michael J. Davis
        Michael J. Davis
        Chief Judge
        United States District Court