UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Anthony James Lee,

     Plaintiff,

v.                             **ORDER**
                             Civil No. 11-1763

City of Minneapolis, et al.,

     Defendants.

_____

     Zorislav R. Leyderman, The Law Office of Zorislav R. Leyderman, Counsel for Plaintiff.

     Sara J. Lathrop and Andrea K. Naef, Assistant Minneapolis City Attorneys, Counsel for Defendants.

_____

     The Court hereby clarifies it Order dated June 3, 2013 with regard to use of Plaintiff's prior convictions at trial. The prior convictions for providing false information to police are admissible for impeachment purposes.

Date:   June 3, 2013

                            s/ Michael J. Davis
                            Michael J. Davis
                            Chief Judge
                            United States District Court